IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-1967

JONATHAN RASHAD
PETERSON,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed August 12, 2014.

An appeal from the Circuit Court for Alachua County.
Peter K. Sieg, Judge.

Jeffrey E. Lewis, Regional Conflict Counsel, Tallahassee; John Lyon Broling,
Assistant Regional Conflict Counsel, Gainesville, for Appellant.

Pamela Jo Bondi, Attorney General, and Giselle D. Lylen, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

ROWE, SWANSON, and MAKAR, JJ., CONCUR.